UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>        v.<br><br>CECILIO ALANIZ<br><br>                   Defendants. | No. 1:16-MJ-00087 SMS<br><br>[PROPOSED] UNSEALING ORDER<br><br>(UNDER SEAL) |

**FILED**
**JUL 20 2016**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

For good cause shown, IT IS HEREBY ORDERED THAT:

The Complaint in the above-captioned case be unsealed as the defendants has been arrested.

DATED  July 19, 2016

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE